GALTON & HELM LLP
MICHAEL F. BELL, State Bar No. 89046
E-Mail: mbell@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

**OK/HAV**

Attorneys for Defendant and Counterclaimant Watkins Associated Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE TASHEEN MARSHALL,<br><br>    Petitioner,<br><br>———<br><br>WATKINS ASSOCIATED INDUSTRIES,<br><br>    Counterclaimant,<br><br>    vs.<br><br>TASHEEN MARSHALL, as Guardian Ad Litem of Clinton Kelley Jones, and WILCOXEN, CALLAHAN, MONTGOMERY & DEACON,<br><br>    Counterdefendants. | CASE NO. 06-CV-01442 DFL-DAD<br><br>**STIPULATION AND ORDER TO CONSOLIDATE HEARINGS ON MOTIONS TO DISMISS BY MARSHALL AND WATKINS**<br><br>Date:   August 23, 2006<br>Time:   10:00 a.m.<br>Ctrm:   7 |

Defendant and Counterclaimant Watkins Associated Industries ("Watkins") filed a Motion to Dismiss with respect to the Petition by Petitioner, Tasheen Marshall ("Marshall"), which is set for hearing before this Court on August 23, 2006. Marshall filed a Motion to Dismiss the Counterclaim by Watkins, which is set for hearing before this Court on September 13, 2006. Marshall and Watkins,

through their respective attorneys of record, hereby stipulate and agree that the hearings on their respective Motions to Dismiss be consolidated and that the Motions be heard together on September 13, 2006.  Consolidating the hearings on the Motions will be a more effective use of the Court's and the parties' time because the Motions and the respective oppositions thereto raise similar or related issues for determination by the Court.  The parties further agree that the time for filing all oppositions or reply briefs with respect to the Motions remain unchanged.

DATED: _____, 2006        WILCOXEN CALLAHAN MONTGOMERY & DEACON
                               DANIEL E. WILCOXEN
                               MICHELLE C. JENNI


                               By: _____
                                      DANIEL E. WILCOXEN
                               Attorneys for Counter-Defendants Tasheen Marshall, as Guardian Ad Litem of Clinton Kalley Jones and Wilcoxen Callahan Montgomery & Deacon

DATED: _____, 2006        GALTON & HELM LLP
                               MICHAEL F. BELL


                               By: _____
                                      MICHAEL F. BELL
                               Attorneys for Defendant and Counterclaimant Watkins Associated Industries, Inc.

5614 / 100170.1

2

Case No. 06-CV-01442 DFL-DAD
STIPULATION AND (PROPOSED) ORDER TO CONSOLIDATE HEARINGS

# ORDER

The hearing on the Motion to Dismiss filed by Watkins is continued from August 23, 2006 to September 13, 2006 at 10:00 a.m., and is consolidated with the hearing on the Motion to Dismiss filed by Marshall, currently set for September 13, 2006. All dates for filing oppositions or replies with respect to said Motions remain unchanged.

DATED: 8/17/2006        /s/ David F. Levi
HON. DAVID F. LEVI
UNITED STATES DISTRICT COURT JUDGE