GALTON & HELM LLP
MICHAEL F. BELL, State Bar No. 89046
E-Mail: mbell@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant and Counterclaimant Watkins Associated Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE TASHEEN MARSHALL,<br><br>    Petitioner,<br><br>WATKINS ASSOCIATED INDUSTRIES,<br><br>    Counterclaimant,<br><br>    vs.<br><br>TASHEEN MARSHALL, as Guardian Ad Litem of Clinton Kelley Jones, and WILCOXEN, CALLAHAN, MONTGOMERY & DEACON,<br><br>    Counterdefendants. | CASE NO. 06-CV-01442 DFL-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES, COSTS, AND SANCTIONS** |

IT IS HEREBY STIPULATED by and between Petitioner Tasheen Marshall, Counterdefendants Tasheen Marshall, as Guardian Ad Litem of Clinton Kelley Jones, and Wilcoxen, Callahan, Montgomery & Deacon, and Counterclaimant Watkins Associated Industries, through their attorneys of record that

/ / /

1  Whereas the deadline for Petitioner and Counterdefendants to file their
2  motion for attorneys' fees and costs under Local Rule 54-293 is December 16, 2006;

4  Whereas the parties are meeting and conferring with respect to attorneys' fees,
5  costs, and other potential claims in an attempt to avoid entirely the need for a motion
6  with respect to fees or sanctions; and

8  Whereas the negotiations of the parties have been delayed by the holidays and
9  the availability of counsel and responsible parties because of business trips and
10 vacations;

12 Therefore the parties stipulate to continue the time under Local Rule 54-293
13 for Petitioner and Counterdefendants to file a motion for attorneys' fees, costs, or
14 sanctions to January 12, 2007.

16 DATED: December 12, 2006         WILCOXEN CALLAHAN MONTGOMERY
                                    & DEACON
17                                  DANIEL E. WILCOXEN
                                    MICHELLE C. JENNI

21                                  By: /s/ : Michelle C. Jenni
                                        DANIEL E. WILCOXEN
                                        MICHELLE C. JENNI
22                                  Attorneys for Counterdefendants Tasheen
                                    Marshall, as Guardian Ad Litem of Clinton
23                                  Kelley Jones and Wilcoxen Callahan
                                    Montgomery & Deacon

25 DATED: December 12, 2006         GALTON & HELM LLP
                                    MICHAEL F. BELL

28                                  By: /s/: Michael F. Bell
                                        MICHAEL F. BELL

5614 / 104440.1                     2        Case No. 06-CV-01442 DFL-DAD
                                             STIPULATION & [PROPOSED] ORDER EXTENDING
                                             TIME TO FILE MOTION FOR ATTORNEYS' FEES

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

Attorneys for Defendant and Counterclaimant
Watkins Associated Industries, Inc.

**<u>ORDER</u>**

The time for Petitioner and Counterdefendants to bring a motion for attorneys' fees, costs, or sanctions under Local Rule 54-293 is extended to January 12, 2007.

DATED: December 14, 2006

/s/ David F. Levi
HON. DAVID F. LEVI
UNITED STATES DISTRICT JUDGE

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800